# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CHARLES EUGENE THORNTON,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:06-CV-0264-RDP |
| | ) |
| **GRANT CULLIVER, Warden; ATTORNEY** | ) |
| **GENERAL FOR THE STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on June 12, 2006, recommending that the petition for writ of habeas corpus be denied. On June 21, 2006 Petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Petitioner, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this      29th      day of June, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE